NETTIE K. OPPER, Respondent, *v.* TRIPP LAKE ESTATES, INC., Respondent; GREEN MANSIONS, INC., Appellant, and VINCENT MAZONE, Impleaded Defendant, Respondent.

Argued November 17, 1949; decided December 2, 1949.

*Arthur J. Murphy* and *Gerald A. Gleason* for Green Mansions, Inc., appellant.

*Benjamin H. Siff* and *Harry A. Gair* for plaintiff, respondent.

*Thomas A. Clarke* and *Milton C. Jacobs* for Vincent Mazone and another, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.